**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MENCHIES GROUP, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY and HOUSTON CASUALTY COMPANY,<br><br>Defendants. | Case No. 1: 22-cv-04237-MKV<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ENTRY OF FINAL JUDGEMENT PURSUANT TO F.R.C.P. 54(B)** |

TO: Jeremiah L. O'Leary, Esq.
5 Penn Plaza, 23rd Floor
New York, New York 10001
- and -
67 East Park Place – Suite 901
Morristown, New Jersey 07960
(973) 343-4960
jeremiah.oleary@finazzolaw.com

*Attorneys for Defendant,*
*Massachusetts Bay Insurance Company*

Daniel McNeel Lane, Jr., Esq.
**NORTON ROSE FULBRIGHT US LLP**
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
(210) 224-5575
neel.lane@nortonrosefulbright.com

*Attorneys for Defendant,*
*Houston Casualty Company*

**PLEASE TAKE NOTICE** that, on such date as ordered by the Court, Plaintiff, Menchies Group, Inc. ("Menchies"), by and through its attorneys, John N. Ellison & Anthony B. Crawford, Reed Smith LLP, shall move before the United States District Court for the Southern District of New York, for an Order granting Menchies' Motion for Entry of Final Judgment Pursuant to Federal Rules of Civil Procedure 54(b). Defendant Houston Casualty Company does not oppose this motion.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Menchies will rely upon the attached Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: October 10, 2023

REED SMITH LLP

By: /s/John N. Ellison___________________

John N. Ellison
Anthony B. Crawford
599 Lexington Avenue
New York, NY 10022
jellison@reedsmith.com
acrawford@reedsmith.com
(212) 205-6063

*Attorneys for Plaintiffs, Menchies Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be filed a true and correct copy of the foregoing using this Court's ECF System, which will send notice of such filing on all counsel of record.

Date: October 10, 2023 *\/s/John N. Ellison*