

**John N. Ellison**
Direct Phone: +1 215 241 1210
Email: jellison@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

December 14, 2023

**BY ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: **Menchies Group, Inc. v. Massachusetts Bay Ins. Co. et al.**
      **Civil Action No.: 1:22-cv-04237 (MKV)**

Dear Judge Vyskocil:

This firm represents Plaintiff Menchies Group, Inc. ("Menchies"). Pursuant to your November 14, 2023 Scheduling Order, we write on behalf of all remaining parties to the above captioned litigation regarding referral of this matter to the Magistrate Judge for settlement. Currently, the Parties anticipate being able to resolve this matter without the need of the Magistrate Judge's assistance.

Very truly yours,

*[signature]*

John N. Ellison
For Reed Smith LLP

JNE:sc


 /s/Daniel McNeel Lane, Jr.
Daniel McNeel Lane, Jr.
For Houston Casualty Company

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-176434495.1-ABCRAWFO