**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MENCHIES GROUP, INC.,

                Plaintiff,            22 **CIVIL** 4237 (MKV)

      -against-                     **JUDGMENT**

MASSACHUSETTS BAY INSURANCE
COMPANY D/B/A HANOVER INSURANCE
COMPANY, and HOUSTON CASUALTY
COMPANY,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 03, 2024, the motion for entry of judgment under Rule 54(b) as to Mass Bay is GRANTED.

**Dated:**  New York, New York
          January 03, 2024

                                                     **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                      **BY:**
                                                        **Deputy Clerk**