UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MENCHIES GROUP, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY and HOUSTON CASUALTY COMPANY,<br><br>   Defendants. | Case No. 1:22-cv-04237-MKV<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the Plaintiff Menchies Group, Inc. and Defendant Houston Casualty Company, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, voluntarily dismissed, with prejudice, against all Defendants, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and without costs as to either party.

Dated: January 17, 2024

REED SMITH LLP

/s/ John N. Ellison
John N. Ellison
Anthony B. Crawford
599 Lexington Avenue
New York, NY 10022
jellison@reedsmith.com
acrawford@reedsmith.com
(212) 205-6063

*Attorneys for Plaintiffs, Menchies Group, Inc.*

NORTON ROSE FULBRIGHT US LLP

Daniel McNeel Lane, Jr.
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Tel.: (210) 224-5575
neel.lane@nortonrosefulbright.com

*Attorney for Defendant,*
*Houston Casualty Company*

_/s/ Jonathan Zagha_
Jonathan Zagha
Finazzo Cossolini O'Leary Meola & Hager, LLC
67 East Park Place, Suite 901
Morristown, NJ 07960
T: 973-343-4960
Fax: 973-343-4970
Email: jonathan.zagha@finazzolaw.com

*Attorney for Defendant, Massachusetts Bay Insurance Company*